FRED MEINHART, Plaintiff, v. JOSEPH CONTRESTA, as Vice-President and

---

* Affd., 251 N. Y. ——.

Acting President, and ERMA O'CONNOR, as Secretary of Mixed Local No. 24, United Shoe Workers of America, etc., Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.